UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER KHOCHINSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REPUBLIC OF POLAND,<br>　a foreign state,<br><br>　　　　Defendant. | Case No. 1:18-cv-01532-DLF |

**STATUS REPORT CONCERNING SERVICE OF PROCESS**

Pursuant to the Court's November 9, 2018 Minute Order, plaintiff Alexander Khochinsky ("Plaintiff") submits this status report with respect to the service of the Summons and Complaint on Defendant the Republic of Poland ("Poland"). Plaintiff advises the Court as follows:

As previously reported to the Court in our November 9, 2018 Status Report (ECF 8), we have confirmation that the Polish Central Authority received our service package (which was fully compliant with Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters the "Hague Convention")) on October 8, 2018.

Yesterday, the firm Plaintiff hired to effect service, Legal Language Services ("LLS"), reported to us that it had no new information concerning the status of service. At our prompting, LLS sent an email directly to the Polish Central Authority to remind it that the service request was made fully three months ago and to ask if defendant Poland had finally been served. As of this writing, the Polish Central Authority has not responded.

Under the procedures established by the Hague Convention, Plaintiff must now await confirmation of service from the Central Authority, the timing of which Plaintiff cannot influence or control.  Plaintiff will promptly notify the Court when that confirmation is received.  As noted previously, there is no time limit on the service of process under Fed. R. Civ. P. 4(j)(1) for matters in which "[a] foreign state or its political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. §1608," as is the case here.

Respectfully submitted,

Dated:  Boston, Massachusetts
       January 8, 2019                SULLIVAN & WORCESTER LLP

/s/ Nicholas M. O'Donnell
Nicholas M. O'Donnell
One Post Office Square
Boston, Massachusetts 02109
Telephone: (617) 338-2800
Facsimile:  (617) 338-2880
Email: nodonnell@sandw.com
*Attorneys Plaintiff Alexander Khochinsky*