# EXHIBIT 7

| | |
|---|---|
| **From:** | Tom McLean <tmclean@legallanguage.com> |
| **Sent:** | Monday, January 07, 2019 4:25 PM |
| **To:** | correio@dgaj.mj.pt; cji.dsaj@dgaj.mj.pt |
| **Subject:** | Request for update |
| **Attachments:** | 10-Hague form (REVISED-batch 2).pdf; 09b - Letter to CA  (Fedex delieverd 10-8-18).pdf |

Good afternoon,

You received the attached request for service on 8 October 2018. Has the defendant been served?

Thank you

Tom McLean
Senior Consultant for International Litigation Support

Legal Language Services
*Celebrating our 36th Year in Business*
8014 State Line Road, Suite 110
Leawood, KS 66208
913.341.3167
Toll Free in the US: 800.755.5775
tmclean@legallanguage.com

**Vicki Portuguez**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, October 08, 2018 6:48 AM |
| **To:** | vportuguez@legallanguage.com |
| **Subject:** | FedEx Shipment 773413053720 Delivered |

# Your package has been delivered
## Tracking # 773413053720

Ship date:
Fri, 10/5/2018

VICKI PORTUGUEZ
LEGAL LANGUAGE
SERVICES
SHAWNEE MISSION, KS
66208
US





Delivered

Delivery date:
Mon, 10/8/2018 1:39 pm

MINISTERSTWO
SPRAWIEDLIW MINISTRY
HAGUE CENTRAL
AUTHORITY FOR PO
AL. UJAZDOWSKIE 11
JUDICIAL-DEPT INT'L
COOPERATIO
WARSZAWA, 00950
PL

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 773413053720 |
| Status: | Delivered: 10/08/2018 1:39 PM Signed for By: E.NIELIPINSKA |
| Reference: | Khochinsky v Republic of Polan |
| Signed for by: | E.NIELIPINSKA |
| Delivery location: | WARSZAWA, |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx International Priority® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.30 lb. |
| Special handling/Services: | Deliver Weekday |

1

**FedEx.**   Shipment Receipt

## Address Information

| Ship to: | Ship from: |
|---|---|
| Ministerstwo Sprawiedliw Ministry o | Vicki Portuguez |
| HAGUE CENTRAL AUTHORITY FOR POLAND | Legal Language Services |
| Judicial-Dept Int'l Cooperation | 8014 State Line Road |
| Al. ujazdowskie 11 | Suite 110 |
| Warszawa, | Shawnee Mission, KS |
| 00950 | 66208 |
| PL | US |
| 48226284431 | 9133413167 |

## Shipment Information:
Tracking no.: 773413053720
Ship date: 10/05/2018
Estimated shipping charges: 0.00

## Package Information
Pricing option:
Service type: International Priority
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 1.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: Third party
Bill duties/taxes/fees to: Third party
Your reference:  Khochinsky v Republic of Polan
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

### Please Note
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

Case No.:1:18-cv-01532-DLF

**REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signfication et à la notification à l'etranger des actes judiciaries ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Nicholas M. O'Donnell, Esq. (DC Bar No. 1011832)<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>UNITED STATES OF AMERICA<br>Tel. 1.617.338.2800<br>Attorney of record for Plaintiff Alexander Khochinsky | HAGUE CENTRAL AUTHORITY FOR POLAND<br>Ministerstwo Sprawiedliwosci (Ministry of Justice)<br>Departament Wspólpracy Miêdzynarodowej i Prawa Człowieka<br>(Department of International Cooperation & Human Rights)<br>Al. Ujazdowskie 11<br>00-950 Warszawa<br>POLAND |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 or the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir en double exemplaire à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(Identité et adresse)* REPUBLIC OF POLAND
Ministry of Justice
Al. Ujazdowskie 11, 00-950 Warszawa
POLAND

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*   Service in accordance with
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*   the laws of Poland for service of documents in its territory

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
~~*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)*~~

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte--et de ses annexes-- avec l'attestation figurant au verso.*

**THE PERSON AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declaration to the 1965 Convention at the Hague Conference website: https://www.hcch.net/en/states/authorities/details3/?aid=279)**

**List of documents**
*Enumération des pieces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at  Boston, Massachusetts, U.S.A.  , the 9/13/18 |
| "Summary," in duplicate | *Fait à* , *le* |
| "Notice," in duplicate | |
| Summons in a Civil Action, in English and Polish, in duplicate | **Signature and/or stamp.** |
| Complaint, in English and Polish, in duplicate | *Signature et/ou cachet.* |
| Civil Cover Sheet, in English and Polish, in duplicate | |

Nicholas M. O'Donnell, Esq. (DC Bar No. 1011832)
Attorney of record for Plaintiff Alexander Khochinsky

* **Delete if inappropriate.**
*Rayer les mentions inutiles*

1

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)   USM-94 (Est. 11/22/77)

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

- the (date)
- *le (date)* _____

- at (place, street, number)
- *à (locatlité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
*b) selon la forme particulière suivante :* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
*c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* _____

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____

| | |
|---|---|
| Done at _____ , the _____ | |
| *Fait à* _____ , *le* _____ | |

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'execution:*

Signature and / or stamp.
*Signature et / ou cachet.*

_____

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

Case No.:1:18-cv-01532-DLF

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'etranger des actes judiciaires et extrajudiciares en matière civile au commerciale. signée à La Haye, le 15 Novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** *Nom et adresse de l'autorité requérante :* | Nicholas M. O'Donnell, Esq. (DC Bar No. 1011832) SULLIVAN & WORCESTER LLP |
| | One Post Office Square, Boston, Massachusetts 02109, U.S.A. |
| | Tel. 1.617.338.2800 |

**Particulars of the parties\*:**
*Identité des parties :*   ALEXANDER KHOCHINSKY, *Plaintiff*
REPUBLIC OF POLAND, a foreign state, *Defendant*

### *JUDICIAL DOCUMENT\*\**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

**Date and place for entering appearance\*\*:**
*Date et lieu de la comparution :*   Within sixty (60) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Sullivan & Worcester LLP) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file its Answer or Motion with the United States District Court for the District of Columbia, located at: E. Barrett Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia 20001, U.S.A.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment\*\*:**
*Date de la décision :*   N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:*   Within sixty (60) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Sullivan & Worcester LLP) an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, Judgment by default may be entered against it for the relief demanded in the Complaint. Defendant also must file its Answer or Motion with the Court.

### *EXTRAJUDICIAL DOCUMENT\*\**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte :*   N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
    *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*  Delete if inappropriate.
    *Rayer les mentions inutiles*

\*U.S. Government Printing Office: 1990-262-211/15302

3

**NOTICE**
(recommended by the Fourteenth Session
of Hague Conference of October, 1980)

**identity and address of the addressee**
*identité et adresse du destinataire*

---

REPUBLIC OF POLAND
Ministry of Justice
Al. Ujazdowskie 11
00-950 Warszawa
POLAND

---

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT M AY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
64 New York Avenue, NE
Washington, District of Columbia 20002
U.S.A.
Tel. 1.202.832.6577

**TRÈS IMPORT ANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSS!BILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Neighborhood Legal Services Program of the District of Columbia
64 New York Avenue, NE
Washington, District of Columbia 20002
U.S.A.
Tel. 1.202.832.6577