# EXHIBIT 10



**MINISTERSTWO SPRAWIEDLIWOŚCI**
Departament Współpracy Międzynarodowej
i Praw Człowieka
00 - 950 Warszawa, Al. Ujazdowskie 11
Tel/fax: (+ 48 22) 6280949

DWMPC II 073 - 251 / 13 / 23
PG V Oz $_1$ 931 / 13
UNP 150409 - 00357
Please quote our ref. when responding

Warszawa, April 9, 2015

U.S. Department of Justice
Criminal Division
Office of International Affairs
1301 New York Avenue NW
Washington, DC 20530

Extradition Treaty between the Republic of Poland and the United States of America signed
In Washington on July 10, 1996.
Extradition of a Russian citizen Alexander KHOCHINSKY from the USA to Poland
Your reference 95-100 - 22981

Dear Ms. Rodriguez,

With reference to the request of the District Public Prosecutor's Office in Poznan for extradition from the United States of a Russian citizen **Alexander KHOCHINSKY** and e-mail correspondence related to this request, the Ministry of Justice of the Republic of Poland - acting as an executive authority pursuant to Article 25 of the Treaty - kindly sends enclosed the additional documents prepared by the requesting authority, which were requested in your aforementioned letter. The documents have been duly authorised by the Polish Ministry of Justice according to the aforementioned Extradition Treaty.

Sincerely yours,

Head of Division
Kamila Jonczyk - Piskorska

Cc:
General Prosecutor's Office
Department of International Cooperation
Ref. PG V Oz$_1$ 931/13

KHOCHINSKY-USAO-000194