# EXHIBIT 11

From Bella Borisovna Khochinskaya, born on ▌▌▌, 1951,
Place of birth: city of Uman', Cherkasskaya Oblast'
Citizenship: the Russian Federation,
Sex: female,
Passport ▌▌▌▌, issued by the Department of Internal Affairs of Oktyabr'sky Region, town of Ivanovo on January 30, 2002
Residing at ▌▌▌, Russian Federation, Ivanovskaya Oblast', town of Ivanovo, ▌▌▌ ▌▌

To whom it may concern

## DECLARATION

Due to the ongoing dispute in the USA with Alexander Yakovlevich Khochinsky, born on ▌▌▌, 1951, currently residing at ▌▌▌▌▌▌▌, New York, NY ▌▌▌, USA, about rights of ownership to the painting by Antoine Pesne " Girl with Dove", during which his rights could be violated, I am asking you to accept the following information as evidence that could play a significant role in the resolution of this dispute.

[photograph of Alexander Khochinsky with the painting]

I, Bella Borisovna Khochinskaya, state that Alexander Yakovlevich Khochinsky, who is depicted in this photograph next to the painting, is in fact, a brother of my late husband Yevgeny Yakovlevich Khochinsky (1946-2011).

I recognize the painting he is standing next to because I saw it on numerous occasions at my husband's parents' apartment in Leningrad. This painting was hanging on the wall in one of the rooms of his parents' apartment. I remember seeing it from the very first time I met his parents and until my husband's father's death in 1991, when we attended his funeral in Leningrad.

After my father-in-law's death in 1991, Alexander and his wife Tatiana moved to Moscow. I saw this painting later, but only once, when I stopped at their antique store "Boghema" when I came to visit Alexander and Tatiana. The painting was hanging on the wall at the antique store "Boghema".

In 2010 Alexander Yakovlevich Khochinsky left permanently for the USA. I have not been in"Boghema" since and have not seen the painting.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 2, 2015

Attached:

1. Copy of my passport


Bella Borisovna Khochinskaya

signed

От Хочинской Беллы Борисовны, ░░░░░ 1951 года рождения,
место рождения: город Умань Черкасской области,
гражданство: Российская Федерация, пол: женский,
паспорт ░░░░░░░░░░, выданный Отделом внутренних дел Октябрьского района города Иванова 30 января 2002 года,
проживающей по адресу: 153014, Российская Федерация, Ивановская область, город Иваново, ░░░░░░░░░░

Тем кого это касается

### ЗАЯВЛЕНИЕ

В связи с рассмотрением в США спора о праве собственности Хочинского Александра Яковлевича, родившегося ░░░░░░ 1951 года, в настоящее время проживающего по адресу: ░░░░░░░░░ New York, NY, ░░░ USA, на картину художника Антуана Пэна (Antoin Pesne) «Девушка с голубем», в ходе которого могут быть нарушены его права, прошу Вас в качестве доказательств принять к сведению информацию, которая имеет принципиальное значение в ходе указанного рассмотрения спора.



А именно, я Хочинская Белла Борисовна подтверждаю, что Хочинский Александр Яковлевич, изображенный на данной фотографии рядом с картиной, является братом моего покойного мужа Хочинского Евгения Яковлевича (1946-2011).
Рядом с ним я опознаю картину, которую я видела неоднократно в доме родителей моего мужа в Ленинграде. Эта картина висела на стене в одной из комнат квартиры его родителей. Я помню ее со дня первого нашего знакомства с его родителями и до смерти отца мужа в 1991 году, когда мы были у него на похоронах в Ленинграде.
После смерти свекра в 1991 году, Александр и его жена Татьяна переехали в Москву.

Далее я видела эту картину только один раз в Антикварном салоне «Богема», когда приезжала в гости к Александру и Татьяне и мы заезжали в их салон. В салоне «Богема» картина висела на стене.

В 2010 году Хочинский Александр Яковлевич уехал на постоянное жительство в США, и с этого времени я в «Богеме» не была и картину не видела.

Я заявляю под страхом наказания за лжесвидетельство по законам Соединенных Штатов Америки, что вышеупомянутое является верным и правильным.

Совершено 02 апреля 2015 года.

Приложения:
1. Копия моего паспорта.

*Хочинская Белла Борисовна*

*[signature]*

- 2 -

