# EXHIBIT 12

From Vladimir Yevgenievich Khochinsky, born on ▇▇▇▇, 1973
Place of birth: city of Uman', Cherkasskaya Oblast', Soviet Socialist Republic of Ukraine
Citizenship: the Russian Federation
Sex: male
Passport ▇▇▇▇▇▇, issued by the Department of Internal Affairs of Oktyabr'sky Region, town of Ivanovo on February 27, 2002
Residing at ▇▇▇▇, Russian Federation, Ivanovskaya Oblast', town of Ivanovo, ▇▇▇▇▇▇▇▇

To Whom It May Concern

## DECLARATION

Due to the ongoing dispute in the USA with Alexander Yakovlevich Khochinsky, born on ▇▇▇▇▇, 1951, currently residing at ▇▇▇▇▇▇▇▇▇▇▇▇▇, New York, NY ▇▇▇▇, USA, about rights of ownership to the painting by Antoine Pesne "Girl with Dove", during which his rights could be violated, I am asking you to accept the following information as evidence that could play a significant role in the resolution of this dispute.

[photograph of Alexander Khochinsky with the painting]

I, Vladimir Yevgenievich Khochinsky, state that Alexander Yakovlevich Khochinsky, who is depicted in this photograph next to the painting, is in fact, Yevgeny Yakovlevich Khochinsky's (1946-2011) brother, i.e. my uncle.

I recognize the painting he is standing next to because I saw it on numerous occasions in my grandmother's and my grandfather's apartment in Leningrad prior to 1991.

After my uncle Alexander and his wife Tatiana moved to Moscow and opened an antique store "Boghema" in 2001 we often came to Moscow and when we went to their antique store "Boghema" we saw the painting hanging on the wall there.

In 2010 my uncle Alexander Yakovlevich Khochinsky left permanently for the USA. I have not been in "Boghema" since and have not seen the painting.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 2, 2015

Attached:

1. Copy of my passport

Khochiinsky V. Y.

signed

От Хочинского Владимира Евгеньевича, 1973 года рождения,
место рождения: город Умань Черкасской области Украинской ССР,
гражданство: Российская Федерация, пол: мужской,
паспорт ▮▮▮▮▮▮▮▮, выданный Отделом внутренних дел Октябрьского района города Иванова 27 февраля 2002 года,
проживающего по адресу: ▮▮▮▮ Российская Федерация, Ивановская область, город Иваново, ▮▮▮▮

Тем кого это касается

## ЗАЯВЛЕНИЕ

В связи с рассмотрением в США спора о праве собственности Хочинского Александра Яковлевича, родившегося ▮▮▮▮▮▮ 1951 года, в настоящее время проживающего по адресу: ▮▮▮▮▮▮▮▮▮▮▮▮▮, New York, NY, ▮▮▮▮ USA, на картину художника Антуана Пэна (Antoin Pesne) «Девушка с голубем», в ходе которого могут быть нарушены его права, прошу Вас в качестве доказательств принять к сведению информацию, которая имеет принципиальное значение в ходе указанного рассмотрения спора.



А именно, я Хочинский Владимир Евгеньевич подтверждаю, что Хочинский Александр Яковлевич, изображенный на данной фотографии рядом с картиной, является братом моего отца Хочинского Евгения Яковлевича (1946-2011), то есть моим дядей.
Рядом с ним я опознаю картину, которую я видел неоднократно в доме моих дедушки и бабушки в Ленинграде в период до 1991 года.
После его переезда в Москву, когда мой дядя Александр и его жена Татьяна в 2001 года открыли Антикварный салон «Богема», мы часто бывали в Москве и каждый раз приезжали к ним в Салон «Богема», где видели висевшую на стене картину.

В 2010 году мой дядя Хочинский Александр Яковлевич уехал на постоянное жительство в США, и с этого времени я в «Богеме» не был и картину не видел.

Я заявляю под страхом наказания за лжесвидетельство по законам Соединенных Штатов Америки, что вышеупомянутое является верным и правильным.

Совершено 02 апреля 2015 года.

*Хочинский В.Е.*

Приложения:
1. Копия моего паспорта.

