# EXHIBIT 13

From Michail Yvgenievich Khochinsky, born on ▮▮▮▮, 1977,
Place of birth: city of Uman', Cherkasskaya Oblast', Soviet Socialist Republic of Ukraine
Citizenship: the Russian Federation,
Sex: male,
Passport ▮▮▮▮, issued on February 20, 2003 by the Department of Internal Affairs of Oktyabr'sky Region, town of Ivanovo
Residing at ▮▮▮▮, Russian Federation, Ivanovskaya Oblast', town of Ivanovo, ▮▮▮▮

To Whom it May Concern

DECLARATION

Due to the ongoing dispute in the USA with Alexander Yakovlevich Khochinsky, born on ▮▮▮▮, 1951, currently residing at ▮▮▮▮, New York, NY ▮▮▮▮, USA, about rights of ownership to the painting by Antoine Pesne "Girl with Dove", during which his rights could be violated, I am asking you to accept the following information as evidence that could play a significant role in the resolution of this dispute.

[photograph of Alexander Khochinsky with the painting]

I, Michail Yevgenievich Khohinsky, state that Alexander Yakovlevich Khochinsky, who is depicted in this photograph next to the painting, is in fact, Yevgeny Yakovlevich Khochinsky's (1946-2011) brother, i.e. my uncle.

I recognize the painting my uncle Alexander Yakovlevich Khochinsky is standing next to. I saw this painting numerous times in my grandmother's and my grandfather' apartment in Leningrad until my grandfather's death in 1991. My family often came to Leningrad to visit my grandmother and my grandfather. This painting, among others, was hanging on the wall in their apartment. My grandmother and my grandfather loved antiques. After my uncle Alexander and his wife Tatiana moved to Moscow they opened an antique store "Boghema" in 2001. I often went to Moscow and when I was there I visited them at their antique store "Boghema" and I saw THIS painting hanging there on the wall.

In 2010 my uncle Alexander Yakovlevich Khochinsky left permanently for the USA. I have not been in "Boghema" since and have not seen the painting.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 2, 2015

Attached:

1. Copy of my passport


Alexander Yakovlevich Khochinsky

signed

От Хочинского Михаила Евгеньевича, ███████ 1977 года рождения,
место рождения: город Умань Черкасской области Украинской ССР,
гражданство: Российская Федерация, пол: мужской,
паспорт ███████████████, выданный Отделом внутренних дел Октябрьского района города Иванова 20 февраля 2003 года,
проживающего по адресу: ███████, Российская Федерация, Ивановская область, город Иваново, ███████

Тем кого это касается

### ЗАЯВЛЕНИЕ

В связи с рассмотрением в США спора о праве собственности Хочинского Александра Яковлевича, родившегося ███████ 1951 года, в настоящее время проживающего по адресу: ███████████████████ New York, NY, ██████ USA, на картину художника Антуана Пэна (Antoin Pesne) «Девушка с голубем», в ходе которого могут быть нарушены его права, прошу Вас в качестве доказательств принять к сведению информацию, которая имеет принципиальное значение в ходе указанного рассмотрения спора.



А именно, я Хочинский Михаил Евгеньевич подтверждаю, что Хочинский Александр Яковлевич, изображенный на данной фотографии рядом с картиной, является братом моего отца Хочинского Евгения Яковлевича (1946-2011), то есть моим дядей.
Я опознаю картину, рядом с которой стоит мой дядя Хочинский Александр Яковлевич. Эту картину я видел неоднократно в доме моих дедушки и бабушки в Ленинграде в период до 1991 года, пока не умер дедушка. Мы с семьей часто приезжали к бабушке с дедушкой в гости в Ленинград. Эта картина висела с другими у них на стене. Бабушка и дедушка любили старинные вещи.

После переезда дяди Александра и его жены Татьяны в Москву и открытия ими Антикварного салона «Богема» в 2001 году, я часто бывал в Москве и приезжая к ним в Салон «Богема», я видели висевшую на стене ЭТУ картину.

В 2010 году мой дядя Хочинский Александр Яковлевич уехал на постоянное жительство в США, и с этого времени я в «Богеме» не был и картину не видел.

Я заявляю под страхом наказания за лжесвидетельство по законам Соединенных Штатов Америки, что вышеупомянутое является верным и правильным.

Совершено 02 апреля 2015 года.

Приложения:
1. Копия моего паспорта.

*Хочинский Михаил Евгеньевич.*

*[signature]*

-2-

